IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| KELLY BENEDICT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>COMPLETE RESERVATION SOLUTIONS, LLC, a Delaware registered company, and CLASSICA CRUISE OPERATOR LTD. INC., d/b/a MARGARITAVILLE AT SEA, a Bahamian corporation,<br><br>*Defendants*. | Case No.<br><br>CLASS ACTION COMPLAINT<br><br>DEMAND FOR JURY TRIAL |

**CLASS ACTION COMPLAINT**

Plaintiff Kelly Benedict ("Plaintiff Benedict" or "Benedict") brings this Class Action Complaint and Demand for Jury Trial against Defendants Complete Reservation Solutions, LLC ("CRS" or "Complete Reservation Solutions") and Classica Cruise Operator Ltd. Inc. d/b/a Margaritaville at Sea ("Margaritaville at Sea") to stop Defendants from violating the Telephone Consumer Protection Act ("TCPA") by placing pre-recorded calls to consumers without consent. CRS placed the calls to promote cruise vacations by Margaritaville at Sea, and Margaritaville at Sea is vicariously liable for CRS's TCPA violations because CRS acted as Margaritaville at Sea's agent. Plaintiff also seeks injunctive and monetary relief for

all persons injured by Defendants' conduct. Plaintiff Benedict, for this Complaint, alleges as follows upon personal knowledge as to herself and her own acts and experiences, and, as to all other matters, upon information and belief, including investigation conducted by her attorneys.

**PARTIES**

1. Plaintiff Benedict is a resident of Crossville, Tennessee.

2. Defendant Complete Reservation Solutions is a company incorporated in Delaware with its headquarters located in Altamonte Springs, Florida.

3. Defendant Classica Cruise Operator Ltd. Inc. is a Bahamian corporation registered to do business in Florida as a foreign for profit corporation located in Orlando, Florida. Classica does business as Margaritaville at Sea and is the owner and operator of the Margaritaville at Sea cruise line, including the cruise ships Margaritaville at Sea Paradise and Margaritaville at Sea Islander. Classica operates under a license from Margaritaville Enterprises, LLC.

**JURISDICTION AND VENUE**

4. This Court has federal question subject matter jurisdiction over this action under 28 U.S.C. § 1331, as the action arises under the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

5. This Court has personal jurisdiction over Defendant CRS because it is headquartered in this jurisdiction and places telemarketing calls to consumers from

this District. This Court has personal jurisdiction over Defendant Margaritaville at Sea because its principal place of business is located within this District, and because Margaritaville at Sea conducts substantial business in this District.

6. Venue is proper in this District under 28 U.S.C. § 1391(b) because Defendant CRS is headquartered in this District and Defendant Margaritaville at Sea's principal place of business is located in this District.

## INTRODUCTION

7. As the Supreme Court has explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls. The Federal Government receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back." *Barr v. Am. Ass'n of Political Consultants*, No. 19-631, 2020 U.S. LEXIS 3544, at *5 (U.S. July 6, 2020).

8. When Congress enacted the TCPA in 1991, it found that telemarketers called more than 18 million Americans every day. 105 Stat. 2394 at § 2(3).

9. By 2003, due to more powerful autodialing technology, telemarketers were calling 104 million Americans every day. In re Rules and Regulations Implementing the TCPA of 1991, 18 FCC Rcd. 14014, ¶¶ 2, 8 (2003).

10. The problems Congress identified when it enacted the TCPA have only grown exponentially in recent years.

11. According to online robocall tracking service "YouMail," 3.9 billion robocalls were placed in January 2026 alone, at a rate of 125.2 million per day. www.robocallindex.com (last visited February 26, 2026).

12. The FCC also has received an increasing number of complaints about unwanted calls, with 150,000 complaints in 2016, 185,000 complaints in 2017, and 232,000 complaints in 2018. FCC, Consumer Complaint Data Center, www.fcc.gov/consumer-help-center-data.

13. "Robocalls and telemarketing calls are currently the number one source of consumer complaints at the FCC." Tom Wheeler, *Cutting off Robocalls* (July 22, 2016), statement of FCC chairman.[1]

14. "The FTC receives more complains about unwanted calls than all other complaints combined." Staff of the Federal Trade Commission's Bureau of Consumer Protection, *In re Rules and Regulations Implementing the Telephone Consumer Protection Act of 1991,* Notice of Proposed Rulemaking, CG Docket No. 02-278, at 2 (2016).[2]

---

[1] https://www.fcc.gov/news-events/blog/2016/07/22/cutting-robocalls

[2] https://www.ftc.gov/system/files/documents/advocacy_documents/comment-staff-ftc-bureau-consumer-protection-federal-communications-commission-rules-regulations/160616robocallscomment.pdf

## COMMON ALLEGATIONS

15. Defendant Complete Reservation Solutions sells discount travel packages to consumers.[3]

16. Complete Reservation Solutions operates using the d/b/a Royal Island Cruise Line:

**COMPLETE RESERVATION SOLUTIONS, LLC**
8 THE GREEN, SUITE #5863, DOVER, DE 19901
Phone: 888-672-8522 Email:sean@mycrstravel.com

| License Type | License# | Issued | Expires | Status |
| --- | --- | --- | --- | --- |
| Seller of Travel<br>Full Service Travel Agency | ST40972 | 07/07/17 | 09/24/25 | Registered |

**DBA/Other Names**
Royal Island Cruise Line [4]

17. Margaritaville at Sea is a cruise line operating out of Florida to the Bahamas and the Caribbean. Margaritaville at Sea currently operates three vessels: the Margaritaville at Sea Paradise (sailing from the Port of Palm Beach), the Margaritaville at Sea Islander (sailing from Port Tampa Bay), and the Margaritaville at Sea Beachcomber. Margaritaville at Sea is headquartered in Orlando, Florida.

18. CRS operates as a third-party reseller of Margaritaville at Sea cruise packages. CRS's website, www.mycrstravel.com, prominently features official Margaritaville at Sea branding, imagery, and photographs of Margaritaville at Sea ship cabins and amenities.[5]

[3] https://www.mycrstravel.com/
[4] https://csapp.fdacs.gov/cspublicapp/businesssearch/businesssearch.aspx
[5] https://www.mycrstravel.com/cruisepromos







19. Complete Reservation Solutions places calls and sends text messages to consumers to generate business.

20. When placing calls, Complete Reservation Solutions uses a pre-recorded voice message that identifies using the unregistered name Orlando Promotion Center, as per Plaintiff's experience.

21. Consumers have posted the same pre-recorded voicemail online that Plaintiff Benedict received:



[6] [7]

[6] https://www.nomorobo.com/lookup/18884232792

[7] https://nomorobo-twilio-recordings.s3.amazonaws.com/honeypot/747d6bc6-c0ba-11f0-b4cd-0050569bbdd4



[8]

---

[8] https://www.facebook.com/photo.php?fbid=10233602190379876&set=p.10233602190379876&type=3

Hey this is Mandy with Orlando promotion center just calling in to say thank you for your recent health and wellness purchase with one of our affiliate partners and as a special thank you you have been selected to receive a free luxury cruise for two aboard the Margaritaville at sea cruise lines brand new award-winning ship the Islander and your cabin all of your meals and on board entertainment are 100% included and you have 18 months to use it but this promotion is almost full and we can only hold your spot for a very short time so please call us back right away at 888-423-2792 once again that's 888-423-2792 please get back to us before your complementary cruise is released to the next guest thank you again and I look forward to hearing from you soon…” February 4, 2026 [9]

"Hey this is Mandy with Orlando promotion center just calling in to say thank you for your recent health and wellness purchase with one of our affiliate partners and as a special thank you you have been selected to receive a free luxury cruise for two aboard the Margaritaville at sea cruise lines brand new award-winning ship the Islander and your cabin all of your meals and on board entertainment are 100% included and you have 18 months to use it but this promotion is almost full and we can only hold your spot for a very short time so please call us back right away at 888-423-2792 once again that's 888-423-2792 please get back to us before your complementary cruise is released to the next guest thank you again and I look forward to hearing from you soon…" December 31, 2025 [10]

[9] https://lookup.robokiller.com/p/888-423-2792
[10] Id.

22. In addition to the pre-recorded calls, Complete Reservation Solutions also sends unsolicited text messages to consumers, including consumers like the Plaintiff who registered their cell phone number on the DNC.

23. Consumers have posted many complaints online about unsolicited calls and text messages that they received from Complete Reservation Solutions, including:


Serge Kannon
US • 6 reviews
Dec 29, 2025

**TCPA and affiliate scam**

I received eight text messages in violation of the TCPA. When investigating who the text messages were sent from, the name Complete Reservation Solutions shows up on the bank statement. Complete Reservation Solutions Is a business with a registered address at

8 The Green
Dover, DE

[11]

[11] https://www.trustpilot.com/review/margaritavilleatsea.com

**Cruise Scam?**

Today 15:44

Margaritaville at Sea: You've been chosen to receive a Complimentary Cruise for you and a guest! Must call by 7pm to claim. 888-384-1602. Reply stop to opt-out

Just received this text. Called the number, it's a free cruise on the Islander. Seemed sketchy and too good to be true. Spoke with the "rep" and was too pushy on me paying for the taxes, port fees and passport fee. Anyone else deal with this type of Phishing/Scam. Or is this a real deal. Also after wasting the guys time for 30mins he asked if I was broke, then hung up. [12]

**QualitySoggy8617** · 2mo ago

I just got the same text! SCAM dont fall for anything Google it first.

1 Reply Award Share ···

**Different-Truth5351** · 2mo ago

I literally just got the same text. I immediately copied the message and put it in Google and came across your post. only thing different is the phone number and mine says 9 instead of 7 lmao. glad I googled it but soon as I read it I figured it was a scam

Margaritaville at Sea: You've been chosen to receive a Complimentary Cruise for you and a guest. Call by 9pm to claim. Call 888-423-1786. Reply Stop to optout [13]

---

[12] https://www.reddit.com/r/Cruise/comments/1piqj0r/cruise_scam/

[13] Id.



[14]



[15]

---

[14] https://www.facebook.com/photo.php?fbid=10162326483955913&set=p.10162326483955913&type=3

[15] https://callfilter.app/18884232792

24. Upon information and belief, CRS acts as an authorized reseller and/or agent of Margaritaville at Sea in marketing and selling Margaritaville at Sea cruise packages to consumers. CRS is a Florida-registered Seller of Travel (Registration No. ST40972) and a member of the Cruise Lines International Association (CLIA No. 00046309) and is registered and bonded through the State of Florida.

25. CRS sells Margaritaville at Sea cruise packages that are fulfilled by Margaritaville at Sea on its vessels. CRS has direct access to Margaritaville at Sea's booking systems and sends consumers confirmation emails with specific voyage details, pricing, and departure ports for cruises aboard the Margaritaville at Sea Islander and Paradise.

26. CRS's confirmation emails contain official Margaritaville at Sea photographs of its vessels and cabins, detailed ship specifications, and a reproduction of Jimmy Buffett's signature — proprietary materials that CRS could only have obtained through an authorized relationship with Margaritaville at Sea.

27. CRS offers packages on multiple Margaritaville at Sea vessels using specific package codes, confirming a structured reseller arrangement rather than an unauthorized operation.

28. Margaritaville at Sea directly benefits financially from CRS's telemarketing because CRS's calls and texts generate passengers and revenue for Margaritaville at Sea's cruise operations.

29. When consumers call the phone numbers provided in CRS's pre-recorded voicemails and text messages, CRS's sales agents identify themselves as representatives of Margaritaville at Sea, refer to Margaritaville at Sea's vessels as "our ship," and represent that the promotions are being run to generate business for the Margaritaville at Sea cruise line. CRS's phone system plays hold music that states "Welcome aboard Jimmy Buffett's Margaritaville at Sea."

30. CRS's outbound pre-recorded voicemails specifically identify "Margaritaville at Sea Cruise Lines brand new award-winning ship the Islander" by name.

31. The text message that Plaintiff received also references Margaritaville.

32. Every communication from CRS to consumers promotes Margaritaville at Sea's product using Margaritaville at Sea's brand name.

33. CRS's website, www.mycrstravel.com, is built around Margaritaville at Sea cruise offerings and features official Margaritaville at Sea photographs, branding, and marketing materials. Upon information and belief, CRS obtained these materials directly from Margaritaville at Sea.

34. Margaritaville at Sea actively recruits and credentials third-party travel agents to sell Margaritaville at Sea cruise packages through its agent portal and "Trade Wins" program. Margaritaville at Sea provides registered agents with access

to booking systems, training materials, marketing assets, deck plans, and promotional pricing.

35. Margaritaville at Sea's legal notices acknowledge the existence of third-party resellers who book passengers onto Margaritaville at Sea cruises. Margaritaville at Sea's website[16] instructs guests who booked through a third party to "contact the third-party reseller that sold you the cruise" for refund inquiries, confirming that Margaritaville at Sea's business model incorporates and depends upon third-party resellers like CRS.

36. Despite widespread consumer complaints posted on Trustpilot, Reddit, Facebook, NoMoRobo, RoboKiller, and other consumer complaint platforms identifying robocalls and unsolicited text messages promoting Margaritaville at Sea cruises, Margaritaville at Sea has failed to take effective action to stop CRS or other telemarketers from using Margaritaville at Sea's brand in connection with unlawful robocalls and text messages. Margaritaville at Sea knew or reasonably should have known that its brand was being used in connection with unlawful telemarketing and failed to take steps within its power to stop such conduct. By continuing to provide CRS with booking access, supply it with official marketing materials, and accept passengers and revenue generated by CRS's unlawful telemarketing, Margaritaville at Sea ratified CRS's conduct.

[16] https://www.margaritavilleatsea.com/policies/legal-notices

37. In response to these calls and texts, Plaintiff Benedict brings forward this case seeking injunctive relief requiring the Defendants to cease from violating the TCPA, as well as an award of statutory damages to the members of the Class and costs.

## PLAINTIFF BENEDICT'S ALLEGATIONS

38. Plaintiff Benedict is the sole owner and user of her cell phone number ending in 4362.

39. On January 10, 2026 at 11:24 AM, Plaintiff Benedict received an unsolicited call to her cell phone from 256-226-8284.

40. This call was not answered, but a pre-recorded voicemail was left stating:

> "Hey this is Mandy with Orlando promotion center just calling in to say thank you for your recent health and wellness purchase with one of our affiliate partners and as a special thank you, you have been selected to receive a free luxury cruise for two aboard the Margaritaville at Sea Cruise Lines brand new award-winning ship the Islander and your cabin all of your meals and on board entertainment are 100% included and you have 18 months to use it but this promotion is almost full and we can only hold your spot for a very short time so please call us back right away at 888-423-2792 once again that's 888-423-2792 please get back to us before your complementary cruise is released to the next guest thank you again and I look forward to hearing from you soon…"




41. Plaintiff could tell that the voicemail is pre-recorded because it is identical to voicemails that other consumers reported, as shown above.

42. In addition, the voicemail begins with 3 seconds of dead silence, the voice sounds robotic and scripted, the voicemail is generic making no reference to Plaintiff herself, it is factually incorrect as Plaintiff did not make a recent health and wellness purchase, and it ends with 2 seconds of dead silence.

43. Plaintiff's attorneys confirmed that Orlando Promotion Center is a d/b/a used by Complete Reservation Solutions.

44. Plaintiff's attorneys called 888-423-2792, the callback number referenced in the pre-recorded voicemail. A sales agent answered, solicited the sale of a Margaritaville at Sea Islander cruise package departing from Port Tampa Bay at $198 per person, and sent a confirmation email from register@cruiselineconfirmation.com. The confirmation email was signed by "Royal Island Cruises Promotions Department" and listed 888-369-9004 as the customer service number.

45. The domain cruiselineconfirmation.com forwards to royalislandcruiseline.com.

46. Royal Island Cruise Line is a d/b/a of Complete Reservation Solutions.

47. The pre-recorded voicemail and the resulting confirmation email were sent by Defendant CRS to promote the sale of Margaritaville at Sea cruise packages.

48. The phone number 888-369-9004, listed in the confirmation email as the customer service number for Royal Island Cruises, is operated by Complete Reservation Solutions, which does business as Royal Island Cruise Line.

49. On February 25, 2026 at 12:30 PM, Plaintiff Benedict received an unsolicited text message to her cell phone from 888-521-0841:




50. Plaintiff's attorneys called 888-451-0545, the phone number mentioned in the text message that Plaintiff received.

51. During this investigation call, a cruise travel package was solicited and an email was sent from the domain cruiselineconfirmation.com whose domains forwards to royalislandcruiseline.com[17] which as mentioned above is a d/b/a for Defendant Complete Reservation Solutions.

52. Based on the results of the investigations conducted by Plaintiff's attorneys, the pre-recorded voicemail and text message were sent by Defendant CRS on behalf of Defendant Margaritaville at Sea, to promote the sale of Margaritaville at Sea cruise packages.

53. Plaintiff Benedict did not provide her cell phone number to CRS or Margaritaville at Sea in any capacity.

---

[17] https://wheregoes.com/trace/2026932354/

54. Plaintiff Benedict's attorneys had an employee send a demand for consent email to Complete Reservation Solutions on January 11, 2026. As of March 9, 2026, there has been no response.

55. Plaintiff Benedict has never done business with CRS or Margaritaville at Sea.

56. The unauthorized solicitation telephone call and text message that Plaintiff Benedict received from Defendants have harmed Plaintiff in the form of annoyance, nuisance, and invasion of privacy, occupied her phone line, and disturbed the use and enjoyment of her phone.

57. Seeking redress for these injuries, Plaintiff Benedict, on behalf of herself and the Class of similarly situated individuals, brings suit under the TCPA.

## CLASS ALLEGATIONS

58. Plaintiff Benedict brings this action pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) and seeks certification of the following Class:

> **<u>Pre-recorded No Consent Class</u>:** All persons in the United States who from four years prior to the filing of this action through class certification (1) CRS called on their cellular telephone number (2) using a pre-recorded voice message (3) regarding Margaritaville at Sea's cruises.

59. The following individuals are excluded from the Class: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendants, their subsidiaries, parents, successors, predecessors, and any entity in

which either Defendant or their parents have a controlling interest and their current or former employees, officers and directors; (3) Plaintiff's attorneys; (4) persons who properly execute and file a timely request for exclusion from the the Class; (5) the legal representatives, successors or assigns of any such excluded persons; and (6) persons whose claims against the Defendant have been fully and finally adjudicated and/or released. Plaintiff Benedict anticipates the need to amend the Class definition following appropriate discovery.

60. **Numerosity and Typicality**: On information and belief, there are hundreds, if not thousands of members of the Class such that joinder of all members is impracticable, and Plaintiff is a member of the Class.

61. **Commonality and Predominance**: There are many questions of law and fact common to the claims of the Plaintiff and the Class, and those questions predominate over any questions that may affect individual members of the Class. Common questions for the Class include, but are not necessarily limited to the following:

(a) Whether Defendants' conduct violated the TCPA;

(b) whether Defendants made calls using a pre-recorded voice to cellular telephone numbers without consent;

(c) whether members of the Class are entitled to treble damages based on the willfulness of Defendant's conduct.

(d) Whether Defendant Margaritaville at Sea is vicariously liable for the TCPA violations committed by Defendant CRS, including under theories of agency, apparent authority, and/or ratification.

62. **Adequate Representation**: Plaintiff Benedict will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions. Plaintiff Benedict has no interests antagonistic to those of the Class, and the Defendants have no defenses unique to Plaintiff. Plaintiff Benedict and her counsel are committed to vigorously prosecuting this action on behalf of the members of the Class, and have the financial resources to do so. Neither Plaintiff Benedict nor her counsel have any interest adverse to the Class.

63. **Appropriateness**: This class action is also appropriate for certification because the Defendants have acted or refused to act on grounds generally applicable to the Class and as a whole, thereby requiring the Court's imposition of uniform relief to ensure compatible standards of conduct toward the members of the Class and making final class-wide injunctive relief appropriate. Defendant's business practices apply to and affect the members of the Class uniformly, and Plaintiff's challenge of those practices hinges on Defendants' conduct with respect to the Class as wholes, not on facts or law applicable only to Plaintiff Benedict. Additionally, the damages suffered by individual members of the Class will likely be small relative to

the burden and expense of individual prosecution of the complex litigation necessitated by Defendant's actions. Thus, it would be virtually impossible for the members of the Class to obtain effective relief from Defendants' misconduct on an individual basis. A class action provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court.

**FIRST CLAIM FOR RELIEF**
**Telephone Consumer Protection Act**
**(Violation of 47 U.S.C. § 227)**
**(On Behalf of Plaintiff Benedict and the Pre-recorded No Consent Class)**

64. Plaintiff repeats and realleges paragraphs 1-63 of this Complaint and incorporates them by reference herein.

65. The Defendants transmitted unwanted solicitation telephone calls to Plaintiff Benedict and the other members of the Pre-recorded No Consent Class using a pre-recorded voice message/automated attendant.

66. These pre-recorded voice calls were made *en masse* without the prior express consent of the Plaintiff Benedict and the other members of the Pre-recorded No Consent Class.

67. The Defendants have, therefore, violated 47 U.S.C. § 227(b)(1)(A)(iii). As a result of the Defendants' conduct, Plaintiff Benedict and the other members of the Pre-recorded No Consent Class are each entitled to a minimum of $500 in damages, and up to $1,500 in damages, for each violation, as well as injunctive relief.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff, individually and on behalf of the Class, prays for the following relief:

a) An order certifying this case as a class action on behalf of the Class as defined above; appointing Plaintiff as the representative of the Class; and appointing her attorneys as Class Counsel;

b) An award of money damages and costs;

c) An order declaring that Defendants' actions, as set out above, violate the TCPA;

d) An injunction requiring the Defendant to cease all unsolicited calling and texting activity, and to otherwise protect the interests of the Class; and

e) Such further and other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff Benedict requests a jury trial.

Respectfully Submitted,

**KELLY BENEDICT**, individually and on behalf of all others similarly situated,

DATED this 23rd day of March, 2026.

By: */s/ Stefan Coleman*

Stefan Coleman
**Coleman PLLC**
18117 Biscayne Blvd, Suite 4152
Miami, FL 33160
law@stefancoleman.com
Telephone: (877) 333-9427

Avi R. Kaufman*
kaufman@kaufmanpa.com
**KAUFMAN P.A.**
237 South Dixie Highway, Floor 4
Coral Gables, FL 33133
Telephone: (305) 469-5881
**Lead counsel*

*Attorneys for Plaintiff and the putative Class*